12/10/2018

**Exhibit A**

DEC 17 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

To the United States District Court of Arizona,

To whom it may concern,

CV-18-8004-PCT-GMS-JZB

The letter that I signed was not written by me. I was pressured into signing it by ViewPoint staff. James gave me a ride on Saturday when I was stranded in Sedona Arizona. I would prefer not to go back to ViewPoint, and have myself arranged to transfer to Alternative to Med. Center in Sedona.

Sincerely

Emily Mihaylo
Emily Mihaylo

CV-18-08004-PCT-GMS (JZB)
Mihaylo v. Russell-Jenkins et al



# Acknowledgment by Individual

State of Arizona

County of Yavapai

On this 11th day of December, 20 18, before me, Amanda Zeldin
Name of Notary Public

the undersigned Notary Public, personally appeared

Emily Mihaylo

Name of Signer(s)

○ Proved to me on the oath of _____

○ Personally known to me

☑ Proved to me on the basis of satisfactory evidence AZ State ID D021607938 NO EXP
(Description of ID)

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she/they executed it.

WITNESS my hand and official seal.

Amanda Zeldin
Notary Public
Yavapai County, Arizona
My Comm. Expires 03-19-2022

Notary Seal

_Amanda Zeldin_
(Signature of Notary Public)

My commission expires 03-19-2022

Optional: A thumbprint is only needed if state statutes require a thumbprint.

Right Thumbprint of Signer
Top of thumb here

**For Bank Purposes Only**
**Description of Attached Document**

Type or Title of Document
Grievance Letter

Document Date
12/10/18

Number of Pages
1 page

Signer(s) Other Than Named Above
NA



FO01-00000DSG5350-01

DSG5350 (Rev 02 - 05/17)



Exhibit B

RECEIVED ___ COPY
JAN 2 4 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

NEW VISION. NEW HOPE. NEW LIFE.™

www.viewpointdualrecovery.com

January 19, 2018

United States District Court for the District of Arizona, case number CV-18-08004:

    My name is Emily Noelle Mihaylo and I received a letter regarding a case that had been filed in federal court using my name. At no time did I file this claim and I would like it to be removed. I believe that my ex-boyfriend used my information to file this claim. The reason he filed this claim is unknown to me. Moving forward I would like to have this case dismissed, thrown out, and terminated all together.

    I was unaware that my information was being used to file this claim and I am willing to take the appropriate action required to get this case dismissed.

    For further clarification, the paperwork I received has two case numbers that have different letters at the end. I will include those in this document so that there is no misunderstanding of which case I am referencing.

Case Number: CV-18-08004-PCT-GMS-JZB
Case Number: 3:18-cv-08004-GMS-JZB

Thank you,

*[signature]*

Emily Mihaylo

---

702 W. Hillside Avenue  •  Prescott, Arizona 86301  •  p. 928-778-5907  •  f. 928-778-5908

# Exhibit C

To: James | Stone (Labradorite)

Warning Sign — Coldplay

Waiting Game — Banks

Overjoyed — Bastille

Emily — MIKA

I Don't Wanna Break — Christina Perri

Signs of Love — Moby

Straightjacket — Quinn XCII

Feel Invincible — Skillet

Hurricane — MS MR

Samson — (Regina Spektor)

Crystals — Of Monsters & Men

The Girl — City & Colour

Break Your Heart — Taio Cruz & Ludacris

♡ Love: Me

**SECURUS** Technologies™

# PHONE SERVICES

Exhibit D

## CALL DETAILS

## Call Summary

The time displayed is the Facility Local Time

| DATE | TIME | FACILITY | STATE | PHONE# | DURATION | BILLED | COST |
|---|---|---|---|---|---|---|---|
| 12/23/2018 | 8:38:45 PM | YAVAPAI COUNTY | AZ | 9289250279 | 7 | N | 2.3 |
| 12/23/2018 | 1:12:47 PM | YAVAPAI COUNTY | AZ | 9289250279 | 4 | N | 1.31 |
| 12/22/2018 | 7:53:33 PM | YAVAPAI COUNTY | AZ | 9289250279 | 2 | N | 0.66 |
| 12/22/2018 | 1:22:02 PM | YAVAPAI COUNTY | AZ | 9289250279 | 8 | N | 2.63 |
| 12/20/2018 | 7:42:22 PM | YAVAPAI COUNTY | AZ | 9289250279 | 8 | N | 2.63 |
| 12/20/2018 | 2:59:51 PM | YAVAPAI COUNTY | AZ | 9289250279 | 7 | N | 2.3 |
| 12/18/2018 | 1:24:52 PM | YAVAPAI COUNTY | AZ | 9289250279 | 6 | N | 1.97 |
| 12/17/2018 | 5:15:51 PM | YAVAPAI COUNTY | AZ | 9289250279 | 5 | N | 1.64 |
| 12/17/2018 | 12:48:20 AM | YAVAPAI COUNTY | AZ | 9289250279 | 5 | N | 1.64 |
| 12/14/2018 | 7:49:28 PM | YAVAPAI COUNTY | AZ | 9289250279 | 8 | N | 2.63 |



Exhibit E 1/2

James Knochel <knochj@gmail.com>

## Money Receipt
1 message

**JPay Services** <Support@jpay.com>　　　　　　　　　　　　　　　Thu, Dec 20, 2018 at 7:38 PM
To: knochj@gmail.com



Dear JAMES KNOCHEL,

The Money you have sent to your loved one was accepted by JPay and will be transferred within 48 hours.

| | |
|---|---|
| **Confirmation Number** | 94700455 |
| **Recipient's** | EMILY MIHAYLO |
| **Date of Transaction** | 12/20/2018 8:51:10 PM |
| **Sent Amount** | $20.00 |

Thank you,
JPay Support Team
support@jpay.com

JPay.com

Exhibit E 2/2

James Knochel <knochj@gmail.com>

## Money Receipt
1 message

**JPay Services** <Support@jpay.com>　　　　　　　　　　　　　　Fri, Dec 14, 2018 at 12:17 PM
To: knochj@gmail.com



Dear JAMES KNOCHEL,

The Money you have sent to your loved one was accepted by JPay and will be transferred within 48 hours.

| | |
|---|---|
| **Confirmation Number** | 94420314 |
| **Recipient's** | EMILY MIHAYLO |
| **Date of Transaction** | 12/14/2018 1:59:39 PM |
| **Sent Amount** | $32.00 |

Thank you,
JPay Support Team
support@jpay.com

JPay.com

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF YAVAPAI**

STATE OF ARIZONA ) P1300CR 201601186
) V1300CR___
)
vs. ) Div. PRO TEM   Date NOV 29 2018
) Hon. RHONDA REPP
) **MENTAL HEALTH COURT HEARING**
) [Minute Entry: Mental Health Court]
)
EMILY NOELLE MIHAYLO ) START TIME: 10:40 A.m.   END TIME: 10:45 A.m.
Defendant   [D-1] )

FILED
DATE: NOV 29 2018
5:00 o'clock P.M.
Donna McQuality, Clerk
BY: K. TAIGEN
Deputy

[X] without file

Victim case:   [ ] yes   [X] no

County Attorney is/is not present by _____

[X] Defendant is/is not present ([ ] in custody [ ] via telephone video); with APO/Counsel Debra Kendall

[X] The Court reviews the progress of the Defendant. Defendant has been contacted by James. The Court notes to block James from phone and to get her belongings from James' father.

*Exhibit F / pg 1/4*

**THE COURT FINDS:**
[ ] the Defendant is an appro... in Mental Health Court, pu... ealth Court and has agreed to participate ...ct.
[ ] the Defendant is NOT an ... ...tal Health Court.
[ ] Mental Health Conditions
[ ] Defendant is accepted into Mental Health Court this date.

[ ] **IT IS ORDERED** reassigning this matter to Division _____ [AE]  ☐ Case Master updated
[ ] Defendant is recognized as being an "A" Team participant.
[ ] Defendant receives a reward in the amount of $ _____, to be used as a credit towards Probation Service Fee.
[ ] Defendant receives a reward for _____ hours of Community Restitution.

PURSUANT TO DISCUSSION, **IT IS ORDERED** [ ] setting [ ] continuing [ ] confirming:
MENTAL HEALTH COURT HEARING December 27, 2018, at 10:00 A.m in Div. PTA [AE /AE]
DISPOSITION _____, 20___, at _____.m in Div. ____ [AE /AE]
SENTENCING _____, 20___, at _____.m in Div. ____ [AE /AE]
STATUS CONFERENCE _____, 20___, at _____.m in Div. ____
_____, 20___, at _____.m in Div. ____

[ ] **DEFENDANT MUST BE PRESENT** [ ] and is advised of the consequences of non appearance.

**THE COURT FINDS:**
[ ] Defendant has failed to comply with the terms and conditions of the Mental Health Probation Conditions by not reporting to the Adult Probation Department and/or has not refrained from possession, usage or consumption of illegal substances or alcohol and is in contempt of this Court.
[ ] Defendant is rejecting treatment.

**THEREFORE, IT IS ORDERED:**
[ ] Defendant shall perform community service on the work crew in the amount of _____ hours prior to the next Mental Health Court session.
[ ] Defendant shall be detained at the Yavapai County Jail for _____ hours/days or until further order of this Court.
[ ] Defendant shall report to the Yavapai County Jail by _____.m., on _____, 20____, and shall be detained until _____.m., on _____, 20____, or further order of this Court.

[ ] _____

| | | Court Clerk K. TAIGEN |
|---|---|---|
| [X] County Atty (e) | [X] Pub.Def. (e)  [ ] Def. Atty. (e) | |
| [ ] Victim Services (e) | [ ] YCSO  Detention Records (e) | Court Reporter FTR GOLD |
| [X] APD-MH Court (e) | [ ] YCSO: Transport (cert) | |
| [ ] Div ___ | [ ] Other _____ | Interpreter _____ |
| [ ] Financial Services (e) | | |
| [ ] Court Admin – INT(e) | TOTAL 0 | MENTAL HEALTH COURT HRNG. Rev. 04/07/2016 |

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YAVAPAI

| | | |
|---|---|---|
| STATE OF ARIZONA | ) P1300CR 201601186 | FILED ✓ |
| | ) V1300CR_____ | DATE: December 13, 2018 |
| | ) | 5:00 o'clock P.M. |
| vs. | ) Div. PRO TEM Date December 13, 2018 | Donna McQuality, Clerk |
| | ) Hon. RHONDA REPP | BY: K. TAIGEN |
| | ) **MENTAL HEALTH COURT HEARING** | Deputy |
| | ) [Minute Entry: Mental Health Court] | ☒ without file |
| EMILY NOELLE MIHAYLO | ) | |
| Defendant    [D-1] | ) START TIME: 10:15 A.m.  END TIME: 10:20 A.m. | |

County Attorney is/is not present by _____    Victim case: [ ] yes   [ X ] no

[ X ] Defendant is/is not present (☑ in custody [ ] via telephone video); with APO/Counsel_____

[ X ] The Court reviews the progress of the Defendant _____

**THE COURT FINDS:**
- [ ] the Defendant is an appropriate candidate for participation in Mental Health Court and has agreed to participate in Mental Health Court, pursuant to the Adult Therapeutic Court Contract.
- [ ] the Defendant is **NOT** an appropriate candidate for participation in Mental Health Court.
- [ ] Mental Health Conditions of Probation signed this date.
- [ ] Defendant is accepted into Mental Health Court this date.

[ ] **IT IS ORDERED** reassigning this matter to Division _____ **[AE]** ☐ Case Master updated

[ ] Defendant is recognized as being an "A" Team participant.

[ ] Defendant receives a reward in the amount of $ _____, to be used as a credit towards Probation Service Fee.

[ ] Defendant receives a reward for _____ hours of Community Restitution.

PURSUANT TO DISCUSSION, **IT IS ORDERED** [✓] setting  [ ] continuing  [ ] confirming:
MENTAL HEALTH COURT HEARING December 27, 2018, at 10:00 A.m in Div. PTA [AE /AE]
DISPOSITION _____, 20___, at _____ .m in Div. ____[AE /AE]
SENTENCING _____, 20___, at _____ .m in Div. ____[AE /AE]
STATUS CONFERENCE _____, 20___, at _____ .m in Div. ____
_____, 20___, at _____ .m in Div. ____

[ ] **DEFENDANT MUST BE PRESENT** [ ] and is advised of the consequences of non appearance.

**THE COURT FINDS:**
- [ ] Defendant has failed to comply with the terms and conditions of the Mental Health Probation Conditions by not reporting to the Adult Probation Department and/or has not refrained from possession, usage or consumption of illegal substances or alcohol and is in contempt of this Court.
- [ ] Defendant is rejecting treatment.

**THEREFORE, IT IS ORDERED**
- [ ] Defendant sh... next Mental...
- [✓] Defendant sh... this Court.
- [ ] Defendant sh... shall be detained until _____.m., on _____

(handwritten: Exhibit F/A pg 2/4)

...rew in the amount of _____ hours prior to the ___ or 10 hours/days or until further order of _____ .m., on _____, 20___, and _____ 20___, or further order of this Court.

[✓] Defendant shall have no contact with James Knochel. Defendant while in custody shall write a thought Report.

| | |
|---|---|
| [X] County Atty (e) | [X] Pub.Def. (e)  [ ] Def. Atty. (e) _____ |
| [ ] Victim Services (e) | [ ] YCSO  Detention Records (e) |
| [X] APD-MH Court (e) | [ ] YCSO:  Transport (cert) |
| [ ] Div _____ | [ ] Other _____ |
| [ ] Financial Services (e) | |
| [ ] Court Admin – INT (e) | TOTAL ___0___ |

Court Clerk ___K. TAIGEN___
Court Reporter ___FTR GOLD___
Interpreter _____

MENTAL HEALTH COURT HRNG.  Rev. 04/07/2016

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### Comprehensive Mental Health Probation Court

PO KENDALL

**STATE OF ARIZONA**            Cause No(s): __P1300CR201601186__

VS.

    __Emily Noelle Mihaylo__      Date: __12/13/2018__

(Participant)

This is your Comprehensive Mental Health Court contract. Along with abiding by the other conditions of probation, the Judge wants to emphasize the following during the contract period.

- [x] I will stay in contact with my Adult Probation Officer.
- [x] I will stay in contact with my Case Manager.
- [x] I will keep all appointments scheduled by my Mental Health Care Provider.
- [x] I will comply with my Mental Health Care Provider's treatment plan.
- [x] I will take prescribed medication as directed, and I will talk to my doctor about how the medication is working for me.
- [x] I will not consume any alcoholic beverage, illegal drug, or non-prescribed prescription drug.
- [x] I will submit to urinalysis as directed by my Probation Officer and/or Mental Health Care Provider.
- [ ] I will attend _____ Program, _____ time(s) per week.
- [x] I will focus on: Treatment at Viewpoint
- [ ] I will focus on: _____
- [x] Other: No contact with James Knochel
- [ ] Other: _____

*Exhibit F, pg 3/4* ←★

Your next Court appearance is on    December 27, 2018    at    10:00 AM

I have read the above and/or had the above explained to me and fully understand the directives. I promise I will follow all the directives on this contract.

_____
Comprehensive Mental Health Court Judicial Officer

DEC 1 3 2018
Date

_____
Participant

DEC 1 3 2018
Date

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## Comprehensive Mental Health Probation Court

PO KENDALL

**STATE OF ARIZONA**
VS.
_Emily Noelle Mihaylo_
(Participant)

Cause No(s): __P1300CR201601186__

Date: __12/27/2018__

This is your Comprehensive Mental Health Court contract. Along with abiding by the other conditions of probation, the Judge wants to emphasize the following during the contract period.

- [✓] I will stay in contact with my Adult Probation Officer.
- [✓] I will stay in contact with my Case Manager.
- [✓] I will keep all appointments scheduled by my Mental Health Care Provider.
- [✓] I will comply with my Mental Health Care Provider's treatment plan.
- [✓] I will take prescribed medication as directed, and I will talk to my doctor about how the medication is working for me.
- [✓] I will not consume any alcoholic beverage, illegal drug, or non-prescribed prescription drug.
- [✓] I will submit to urinalysis as directed by my Probation Officer and/or Mental Health Care Provider.
- [ ] I will attend _____ Program, _____ time(s) per week.
- [✓] I will focus on: Treatment at Viewpoint
- [ ] I will focus on: _____
- [✓] Other: No contact with James Knochel
- [ ] Other: _____

*Exhibit F, pg 4/4* ←★

Your next Court appearance is on __January 8, 2019__ at ~~10:00 AM~~ 2:30 pm

I have read the above and/or had the above explained to me and fully understand the directives. I promise I will follow all the directives on this contract.

_Rhonda [signature]_
Comprehensive Mental Health Court Judicial Officer

Date: DEC 27 2018

_[signature]_
Participant

Date: DEC 27 2018

**Exhibit 1**

Michael K. Jeanes, Clerk of Court
\*\*\* Filed \*\*\*
9/23/2015 8:00 am

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

PB 2015-003427                                                  09/22/2015

                                                                CLERK OF THE COURT
COMMISSIONER KERSTIN LEMAIRE                                    P. Valenzuela
                                                                Deputy

IN THE MATTER OF

EMILY NOELLE MIHAYLO

AN ADULT.                                    JAMES KNOCHEL
                                             2041 W BETHANY HOME RD
                                             PHOENIX AZ 85015
                                             BANNER THUNDERBIRD MEDICAL
                                             CENTER
                                             PURPLE ZONE
                                             5555 W THUNDERBIRD ROAD
                                             GLENDALE AZ 85306

                                             COLLECTIONS - COC

HEARING

Courtroom OCH 209

3:54 p.m. This is the time set for hearing re: Writ of Habeas Corpus. Petitioner, James Knochel, boyfriend, is present on his own behalf.

A record of the proceedings is made by audio and/or videotape in lieu of a court reporter.

On this date, this division received a phone call from Banner Thunderbird Medical Center stating that Emily Mihaylo was not going to be delivered to this hearing as a Petition for Court Ordered Evaluation has been filed.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

PB 2015-003427                                      09/22/2015

The court, having received the documents e-mailed by Banner Thunderbird Medical Center, finds that Banner Thunderbird Medical Center filed an Application for Involuntary Evaluation and not a Petition for Court Ordered Evaluation.

Mr. Knochel provides the court an affidavit reflecting that John Cox, a private process server, attempted to serve Banner Thunderbird Medical Center on September 22, 2015, but the security supervisor refused to allow anyone to accept service.

The court finds that Banner Thunderbird Medical Center was aware of this hearing as Banner Thunderbird Medical Center phoned this division earlier to notify the court that Ms. Mihaylo was not going to be delivered to court.

IT IS ORDERED granting the Writ of Habeas Corpus.

IT IS FURTHER ORDERED that Banner Thunderbird Medical Center shall release Emily Noelle Mihaylo unless a properly filed Petition for Court Ordered Evaluation is filed.

4:02 p.m. Hearing concludes.

LATER:

IT IS ORDERED waiving all fees and costs relating to this Writ of Habeas Corpus.

The court signs this minute entry as an enforceable Order.

_____
JUDICIAL OFFICER OF THE SUPERIOR COURT

All parties representing themselves must keep the court updated with address changes. A form may be downloaded at: http://www.superiorcourt.maricopa.gov/SuperiorCourt/Self-ServiceCenter.

The foregoing instrument is a full, true and correct the original document.

Attest SEP 2 2 2015

MICHAEL K. JEANES, Clerk of the Superior State of Arizona, in and for the County of Maricopa

By P Valenzuela        De

Docket Code 005                     Form P000

# Exhibit 2

## SUPERIOR COURT, STATE OF ARIZONA, IN AND FOR THE COUNTY OF YAVAPAI

| EMILY NOELLE MIHAYLO JAMES JOSEPH KNOCHEL, Petitioners, -vs- WEST YAVAPAI GUIDANCE CLINIC, Respondent. | Case No. P1300CV201600447 ORDER | **FILED** DATE: JUN 28 2016 2:15 O'Clock P .M. ✓ DONNA MCQUALITY, CLERK BY: K MORTENSON Deputy |
|---|---|---|

| **HONORABLE CELÉ HANCOCK** | **BY:** Lilly Miller Judicial Assistant |
|---|---|
| **DIVISION 5** | **DATE:** June 28, 2016 |

The Court has received and reviewed Petitioner's *Petition for Writ of Habeas Corpus with Supporting Memorandum of Law* filed on June 20, 2016. A.R.S. §36-546 provides for judicial review of release of the patient. Pursuant to A.R.S. §36-546(A)(1),

"A request in writing must be "presented to *any member of the treatment staff of the agency providing the patient's treatment.* The request may be made on a prescribed form that shall be prepared by *the facility* and made available for use by any person."

A.R.S. §36-546(A)(2) provides that the request must be "signed and dated and *shall* be delivered to the medical director of the agency". *Id.*

The current *Petition for Writ of Habeas Corpus with Supporting Memorandum of Law* does not comply with the dictates of the statute.

**THEREFORE, IT IS ORDERED** the *Petition for Writ of Habeas Corpus with Supporting Memorandum of Law* is **DISMISSED** without prejudice to the proper procedural filings.

DATED: This 28TH day of June, 2016.

Hon. CELÉ HANCOCK
Judge of Superior Court

cc:   James Knochel, Petitioner – 1100 W. Valley View Rd., Prescott, AZ 86303

# Exhibit 3

## SUPERIOR COURT, STATE OF ARIZONA, IN AND FOR THE COUNTY OF YAVAPAI

| EMILY NOELLE MIHAYLO<br>JAMES JOSEPH KNOCHEL,<br><br>Petitioners,<br><br>-vs-<br><br>WEST YAVAPAI GUIDANCE CLINIC,<br><br>Respondent. | Case No.<br>P1300CV201600447<br><br>ORDER | FILED<br>DATE: SEP 1 2016<br>11:05 o'Clock A.M.<br><br>DONNA MCQUALITY, CLERK<br>BY: K MORTENSON<br>Deputy |
|---|---|---|

| **HONORABLE CELÉ HANCOCK** | **BY:** Lilly Miller<br>Judicial Assistant |
|---|---|
| **DIVISION 5** | **DATE:** August 31, 2016 |

The Court has received and reviewed the *Petition for Writ of Habeas Corpus with Supporting Memorandum of Law* filed on August 23, 2016. A.R.S. §36-546 provides for judicial review of release of the patient. Pursuant to A.R.S. §36-546(A)(1),

"A request in writing must be "presented to *any member of the treatment staff of the agency providing the patient's treatment*. The request may be made on a prescribed form that shall be prepared by *the facility* and made available for use by any person."

A.R.S. §36-546(A)(2) provides that the request must be "signed and dated and *shall* be delivered to the medical director of the agency". *Id.*

The current *Petition for Writ of Habeas Corpus with Supporting Memorandum of Law* does not comply with the dictates of the statute.

**THEREFORE, IT IS ORDERED** the *Petition for Writ of Habeas Corpus with Supporting Memorandum of Law* is **DISMISSED** without prejudice to the proper procedural filings.

DATED: This 31st day of August, 2016.

Hon. CELÉ HANCOCK
Judge of Superior Court

cc:   James Knochel, Petitioner – 1100 W. Valley View Rd., Prescott, AZ 86303
     West Yavapai Guidance Clinic *(courtesy)*

*Exhibit 4*

## SUPERIOR COURT, STATE OF ARIZONA, IN AND FOR THE COUNTY OF YAVAPAI

| EMILY NOELLE MIHAYLO JAMES JOSEPH KNOCHEL, Petitioners, -vs- WEST YAVAPAI GUIDANCE CLINIC, Respondent. | Case No. P1300CV201600447 ORDER | FILED DATE: DEC 7 2016  4:21 O'Clock P .M. DONNA MCQUALITY, CLERK BY: K MORTENSON Deputy |
|---|---|---|

| HONORABLE CELÉ HANCOCK DIVISION 5 | BY: Lilly Miller Judicial Assistant DATE: December 7, 2016 |
|---|---|

The Court has received and reviewed the *Petition for Writ of Habeas Corpus with Supporting Memorandum of Law* filed on November 23, 2016. A.R.S. §36-546 provides for judicial review of release of the patient. Pursuant to A.R.S. §36-546(A)(1),

"A request in writing must be "presented to *any member of the treatment staff of the agency providing the patient's treatment*. The request may be made on a prescribed form that shall be prepared by *the facility* and made available for use by any person."

A.R.S. §36-546(A)(2) provides that the request must be "signed and dated and *shall* be delivered to the medical director of the agency". *Id.*

The current *Petition for Writ of Habeas Corpus with Supporting Memorandum of Law* does not comply with the dictates of the statute.

**THEREFORE, IT IS ORDERED** the *Petition for Writ of Habeas Corpus with Supporting Memorandum of Law* is **DISMISSED** without prejudice to the proper procedural filings.

DATED: This 7th day of December, 2016.

Hon. CELÉ HANCOCK
~~Judge of~~ Superior Court

cc: James Knochel, Petitioner – 1100 W. Valley View Rd., Prescott, AZ 86303
West Yavapai Guidance Clinic *(courtesy)* (e)

Exhibit 5

NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE
# ARIZONA COURT OF APPEALS
## DIVISION ONE

JAMES JOSEPH KNOCHEL, *Appellant,*

*v.*

WEST YAVAPAI GUIDANCE CLINIC, *Appellee.*

No. 1 CA-HC 17-0001
FILED 7-11-2017

Appeal from the Superior Court in Yavapai County
No. P1300CV201600447
The Honorable Cele Hancock, Judge

**APPEAL DISMISSED**

COUNSEL

James Joseph Knochel, Prescott
*Appellant*

The Ledbetter Law Firm P.L.C., Cottonwood
By James E. Ledbetter, Tosca G. Henry
*Counsel for Appellee*

KNOCHEL v. WYGC
Decision of the Court

---

## MEMORANDUM DECISION

Judge Patricia K. Norris[1] delivered the decision of the Court, in which Presiding Judge Lawrence F. Winthrop and Judge Kenton D. Jones joined.

---

N O R R I S, Judge:

¶1 Appellant, James J. Knochel, appeals from the superior court's order dismissing without prejudice his "Petition for Writ of Habeas Corpus with Supporting Memorandum of Law" ("Petition") on behalf of E.M.[2] because he failed to comply with the procedural requirements of A.R.S. § 36-546(A)(2).[3] For the following reasons, we dismiss this appeal for lack of jurisdiction.

## DISCUSSION

¶2 We have an independent duty to determine whether we have jurisdiction over an appeal. *Grand v. Nacchio*, 214 Ariz. 9, 15, ¶ 12, 147 P.3d 763, 769 (App. 2006). Generally, a party may only appeal a final judgement. A.R.S. § 12-2101(A)(1) (2016); *Baker v. Bradley*, 231 Ariz. 475, 479, ¶ 9, 296 P.3d 1011, 1015 (App. 2013) (court of appeals jurisdiction "limited to

---

[1] The Honorable Patricia K. Norris, Retired Judge of the Court of Appeals, Division One, has been authorized to sit in this matter pursuant to Article VI, Section 3 of the Arizona Constitution.

[2] Although labeled a "Petition for Writ of Habeas Corpus," the Petition expressly did not request E.M.'s release from court ordered mental health treatment at the West Yavapai Guidance Clinic ("WYGC"). Instead, the Petition requested the court to "investigate" E.M.'s mental health treatment under Arizona Revised Statutes ("A.R.S.") section 36-546 (2016). Accordingly, as did the superior court, we have treated the Petition as a request for relief under A.R.S. § 36-546.

[3] Section 36-546(A)(2) requires that a request for release "shall be delivered to the medical director of the agency" providing treatment. The record before us contains no evidence that Knochel's request was delivered to the medical director of WYGC—the agency providing treatment. Although the Legislature amended this statute in 2017, after Knochel filed the Petition, the amendments did not change these requirements.

2

KNOCHEL v. WYGC
Decision of the Court

appeals from final judgements which dispose of all claims and parties") (citations omitted). A final judgment dismissing an action with prejudice is appealable, but an order dismissing an action without prejudice is not. *Workman v. Verde Wellness Ctr., Inc.*, 240 Ariz. 597, 600, ¶ 7, 382 P.3d 812, 815 (App. 2016) (order dismissing without prejudice is not a final judgement under A.R.S. § 12-2101(A)(1) because plaintiff can refile action and has nothing to appeal) (citation and quotation omitted).

¶3  Here, the superior court's order dismissed the Petition "without prejudice to the proper procedural filings." Accordingly, we lack jurisdiction over this appeal.

## CONCLUSION

¶4  For the foregoing reasons, we dismiss Knochel's appeal for lack of jurisdiction. We deny WYGC's request for an award of attorneys' fees on appeal because it did not identify a substantive basis for its request as required by Arizona Rule of Civil Appellate Procedure ("ARCAP") 21(a)(2). Nevertheless, we award WYGC's costs on appeal contingent upon its compliance with ARCAP 21(b).



AMY M. WOOD • Clerk of the Court
FILED:     JT

3

Exhibit 6

SCOTT BALES
CHIEF JUSTICE

JANET JOHNSON
CLERK OF THE COURT

# Supreme Court

**STATE OF ARIZONA**
ARIZONA STATE COURTS BUILDING
1501 WEST WASHINGTON STREET, SUITE 402
PHOENIX, ARIZONA 85007-3231

TELEPHONE: (602) 452-3396

October 2, 2017

**RE: JAMES KNOCHEL v WEST YAVAPAI GUIDANCE CLINIC**
Arizona Supreme Court No. CV-17-0238-PR
Court of Appeals, Division One No. 1 CA-HC 17-0001
Yavapai County Superior Court No. CV 201600447

GREETINGS:

The following action was taken by the Supreme Court of the State of Arizona on October 2, 2017, in regard to the above-referenced cause:

**ORDERED: Appellant's Motion to Amend Caption = DENIED.**

**FURTHER ORDERED: Petition for Writ of Habeas Corpus (Updated) (Treated as Supplement to Petition for Review) = DENIED.**

**FURTHER ORDERED: Petition for Review = DENIED.**

**A panel composed of Chief Justice Bales, and Vice Chief Justice Pelander, and Justice Brutinel and Justice Timmer participated in the determination of this matter.**

Janet Johnson, Clerk

TO:
James Joseph Knochel
James E Ledbetter
Tosca G Henry
Amy M Wood
bp